IUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KATHI SPENCER, | ) | |
| Plaintiff; | ) | |
| | ) | Cause No. 1:15-cv-01122-LJM-MJD |
| Vs. | ) | |
| | ) | |
| Duke Energy Business Services, LLC, | ) | |
| Defendant. | ) | |

## ORDER DISMISSING MATTER WITH PREJUDICE

This matter comes before the Court on Plaintiff's Motion to Dismiss With Prejudice. The Court, having considered the Motion, and being duly advised in the premises, now finds there is good cause to GRANT the Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the matter above is hereby dismissed with prejudice.

SO ORDERED this  9th  day of       October      , 2015.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via e-mail generated by the court's ECF system.